# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-cv-7236 |
| v. ) | |
| ) | Judge Manish S. Shah |
| BANKFINANCIAL CORP. ) | Magistrate Judge Gabriel A. Fuentes |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant BankFinancial Corporation by and through their respective undersigned counsel, jointly stipulate to the dismissal without prejudice of the instant action, each party to bear its own costs and attorney's fees.

STIPULATED AND AGREED:

| | |
|---|---|
| s/ *R. Joseph Kramer* | s/ *Ryan T. Benson* |
| R. Joseph Kramer | Ryan T. Benson |
| KRAMER INJURY LAW LLC | O'Hagan Meyer |
| 225 W. Washington Street, Ste. 2200 | 1 E Wacker, Suite 3400 |
| Chicago, IL 60606 | Chicago, IL 60601 |
| Phone: (312) 775-1012 | Phone: (312) 422-6138 |
| Joe@rjklawyer.com | rbenson@ohaganmeyer.com |
| *Attorney for Plaintiff Muhammad* | *Attorney for Defendant BankFinancial Corp.* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on February 18, 2020.

*/s/* R. Joseph Kramer
R. Joseph Kramer